UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | WAIVER OF INDICTMENT |
| -v.- | : | S5 16 Cr. 170 (JGK) |
| DERRICK WILLIAMS, a/k/a "Blood," | : | 15 Mag. 4269 |
| Defendant. | : | |

------------------------------------------------------------x

DERRICK WILLIAMS, the defendant, who is accused in one count of violating Title 18, United States Code, Section 1349, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Derrick Williams

_____
Witness

_____ — for Joshua Dratel
Joshua Dratel, Esq.
Attorney for Derrick Williams

Date:   New York, New York
        March 4, 2016

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAR 0 4 2016
```