UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/16/16

---

UNITED STATES OF AMERICA

    - against -

VERNECKA PETERSEN-FOWLER, ET AL.

    Defendants.

16-CR-00170 (JGK)

SPEEDY TRIAL ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a conference on **May 18, 2016**, at **4:30 p.m.**

In order to assure the effective assistance of counsel, to allow the Government time to produce discovery and for the parties to discuss a disposition short of trial, the Court prospectively excludes the time from today until **May 18, 2016** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
       March 16, 2016

                                        John G. Koeltl
                                        United States District Judge