**LAW OFFICE OF ANTHONY STRAZZA**
245 MAIN STREET, SUITE 410, WHITE PLAINS, NY 10601
OFFICE: 914.428.3700 ♦ FAX: 914.517.5912 ♦ AS@STRAZZALAW.COM

---

June 24, 2016

**<u>BY ECF</u>**
Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

                              Re: *United States v. Maurice Cromwell*
                                       16 Cr. 170 (JGK)

Dear Judge Koeltl:

      I represent Maurice Cromwell, the Defendant in the above referenced matter.  Mr. Cromwell's sentencing proceeding is scheduled for July 8, 2016.  I am writing with the consent of the Government to respectfully request an adjournment of this proceeding, as I need more time to obtain additional letters and records regarding Mr. Cromwell's mental health and employment.  I am specifically requesting any date between August 17, 2016 through August 25, 2016 (this also takes into account my vacation schedule).  This represents my first request of this kind.

      The Court's time and attention are very much appreciated.

                                               *Respectfully submitted,*

                                                     -s-

                                               Anthony Strazza, Esq.

cc:     All parties via ECF