USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6/27/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA       :   PRELIMINARY ORDER OF
                               :   FORFEITURE/MONEY JUDGMENT
          -v.-                 :
                               :   S5 16 Cr. 170 (JGK)
DERRICK WILLIAMS,              :
  a/k/a "Blood,"               :

          DEFENDANT.           :

- - - - - - - - - - - - - - - - - -x

   WHEREAS, on or about March 4, 2016, DERRICK WILLIAMS, a/k/a "Blood" (the "defendant"), was charged in a one-count Superseding Information, S5 16 Cr. 170 (JGK) (the "Information"), with conspiracy to commit mail fraud and wire fraud, in violation of Title 18, United States Code, Section 1349 (Count One);

   WHEREAS, the Information included a forfeiture allegation as to Count One, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), of any and all property, real or personal, constituting or derived from, proceeds traceable to the commission of the offense alleged in Count One of the Information;

   WHEREAS, on or about March 4, 2016, the defendant pleaded guilty to Count One of the Information pursuant to a plea agreement with the Government, wherein the defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any and all property, real or personal, constituting or derived from,

proceeds traceable to the commission of the offense alleged in Count One of the Information; and

WHEREAS, on or about June 24, 2016, the defendant was sentenced and ordered to forfeit $437,325 in United States currency, representing, pursuant to Title 18, United States Code, Section 981(a)(1)(C), any and all property, real or personal, that constitutes or is derived from proceeds traceable to the commission of the offense alleged in Count One of the Information;

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. As a result of the offense charged in Count One of the Information, to which the defendant pleaded guilty, a money judgment in the amount of $437,325 in United States currency (the "Money Judgment") shall be entered against the defendant. This forfeiture obligation shall be joint and several with any such obligations entered against any co-conspirators identified in United States v. Peterson-Fowler, et al., 16 Cr. 170 (JGK).

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, upon entry of this Preliminary Order of Forfeiture/Money Judgment, this Preliminary Order of Forfeiture/Money Judgment is final as to the defendant, DERRICK WILLIAMS, a/k/a "Blood," and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service (or its designee), and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Asset Forfeiture Unit, One Saint Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

4. Upon execution of this Preliminary Order of Forfeiture/Money Judgment, and pursuant to Title 21, United States Code, Section 853, the United States Marshals Service (or its designee) shall be authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Preliminary Order of Forfeiture/Money Judgment, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas, pursuant to Rule 45 of the Federal Rules of Civil Procedure.

6. The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture/Money Judgment, and to amend it as

necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

7. The Clerk of the Court shall forward three certified copies of this Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Jason Cowley, Chief, Money Laundering and Asset Forfeiture Unit, United States Attorney's Office, One Saint Andrew's Plaza, New York, New York 10007.

SO ORDERED:

_____     ____6/24/16.____
HONORABLE JOHN G. KOELTL              DATE
UNITED STATES DISTRICT JUDGE

4