```
                                         USDC SDNY
                                         DOCUMENT
                                         ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT             DOC# _____
SOUTHERN DISTRICT OF NEW YORK            DATE FILED  6/27/16
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :     ORDER OF RESTITUTION
                                   :
          -v.-                     :     S5 16 Cr. 170 (JGK)
                                   :
DERRICK WILLIAMS,                  :
   a/k/a "Blood,"                  :
                                   :
               Defendant.          :
                                   :
- - - - - - - - - - - - - - - - - x
```

Upon the application of the United States of America, by its attorney, Preet Bharara, United States Attorney for the Southern District of New York, Daniel C. Richenthal and Andrew D. Beaty, Assistant United States Attorneys, of counsel; and review of the presentence investigation report and all other papers in this matter; and in connection with DERRICK WILLIAMS's conviction on Count One of the above-referenced Superseding Information, it is hereby ORDERED that:

**1. Amount of Restitution.** DERRICK WILLIAMS, the defendant, shall pay restitution in the total amount of $291,550.00 to the victim of the offense charged in Count One. Upon consideration of the facts of this case, the Court finds that this figure reasonably reflects the defendant's level of contribution to the victim's loss and the economic circumstances of the defendant. See 18 U.S.C. § 3664(h). The name and address to which restitution should be sent is set forth below. Upon advice of a change of address, the Clerk of the Court

is authorized to send payments to the new address without further order of this Court.

**2. Name and Address for Restitution.**

Restitution, in the amount of $291,550.00 ~~$21,559.16~~, should be made out the New York City Human Resources Administration and sent to:

```
New York City Human Resources Administration
ATTN: Paul Ligresti, Associate General Counsel
OLA/Employment Law Division
150 Greenwich Street, 38th Floor
New York, NY 10007
RE: Derrick Williams, 16 Cr. 170 (S.D.N.Y.)
```

**3. Schedule of Payments.** Restitution shall be paid in monthly installments of at least 10% of gross monthly income over a period of supervision to commence 30 days after ~~the date of judg~~ment or release from custody~~, whichever is late~~r. The defendant shall notify the United States Attorney for this district within 30 days of any change of mailing address or residence address that occurs while any portion of the restitution remains unpaid.

**4. Joint and Several Liability.** The defendant's liability for restitution shall be joint and several with co-defendants in 16 Cr. 170 (JGK), to the extent they are ordered to pay restitution. The defendant's liability for restitution shall continue unabated until either the defendant has paid the full amount of restitution

2

ordered herein, or the victim has been paid the total amount of loss from all the restitution paid by the defendant and co-defendants.

Dated:   New York, New York
         June 24, 2016

                                       HONORABLE JOHN G. KOELTL
                                       UNITED STATES DISTRICT JUDGE