UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA

                        16 cr 170 (JGK)

      -against-

                        **SPEEDY TRIAL ORDER**

VERNECKA PETERSEN-FOWLER, et al.,
                        Defendants.
-----------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Wednesday, September 14, 2016, at 4:30pm,** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **September 14, 2016** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                      JOHN G. KOELTL
                                           **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         July 28, 2016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED 7-29-16