UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/12/2016_

-----------------------------------------------------------------X

UNITED STATES OF AMERICA

16 cr 170 (JGK)

-against-

**SPEEDY TRIAL ORDER**

VERNECKA PETERSEN-FOWLER, et al.,

Defendants.

-----------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Tuesday, October 25, 2016, at 4:30pm,** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **October 25, 2016** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

_____

JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       September 12, 2016